**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

PERFECTVISION MANUFACTURING, INC.                                                    PLAINTIFF

v.                                    NO. 4:12CV00623 JLH

PPC BROADBAND, INC., d/b/a PPC                                                       DEFENDANT

## ORDER

In light of the opinion issued by the United States Supreme Court in *Nautilus, Inc. v. Biosig Instruments, Inc.*, No. 13-369, the parties must file simultaneous supplemental briefs on June 24, 2014.

IT IS SO ORDERED this 3rd day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE