UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **PerfectVision Manufacturing, Inc.** | **PLAINTIFF** |
| v. | Case No. 4:12-cv-00623-JLH |
| **PPC Broadband, Inc., d/b/a PPC** | **DEFENDANT** |

**AGREED ORDER TO DISMISS CASE WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their undersigned attorneys, hereby stipulate and agree that the above-captioned action shall be dismissed **without prejudice** as to all claims, defenses, and counterclaims with each party to bear its own litigation costs, attorneys' fees, and other expenses arising from or related to this litigation.

Dated: January 12, 2015

By: /s/ *John K. Baker*
    John K. Baker

MITTCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock Arkansas 72201
Telephone: (501) 688-8800
E-Mail: jbaker@mwlaw.com

Douglas J. Nash
HISCOCK & BARCLAY, LLP
One Park Place
300 South State Street
Syracuse, New York 13202
Telephone:     (315) 425 2885
E-Mail: dnash@hblaw.com

*Attorneys for Defendant*
*PPC Broadband, Inc., d/b/a PPC*

By: /s/ *David L. Gershner*
    Charles D. Davidson
    David L. Gershner

DAVIDSON LAW FIRM
PO Box 1300
Little Rock, Arkansas 72203
Telephone: (501) 374-9977
E-Mail: davidg@dlf-ar.com
E-Mail: skipd@dlf-ar.com

John R. Horvack, Jr.
CARMODY & TORRANCE LLP
195 Church Street
New Haven, Connecticut
Telephone: (203) 784-3120
E-Mail: jhorvack@carmodylaw.com

*Attorneys for Plaintiff*
*PerfectVision Manufacturing, Inc.*

**IT IS SO ORDERED.**

Dated: <u>January 13</u>, 2015
      Little Rock, Arkansas

_____
Hon. J. Leon Holmes
United States District Judge